**The People of the State of Illinois, Plaintiff-Appellee, v. Mary Jane Spears, Defendant-Appellant.**

Gen. No. 65–48.

Fifth District.

May 12, 1966.

Rehearing denied June 3, 1966.

Paul H. Ferguson, Ferguson & Ferguson, of Decatur, for appellant; Robert Lee Bowman, State's Attorney, of Shelbyville, for appellee. Opinion by JUSTICE CREBS. **Not to be published in full.**